FILED
2010 JUL 15 PM 5:48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Ricky Smith
                 PRISONER/PLAINTIFF,
v.
United States Peniteniary Victorville Employees
                 DEFENDANT(S).

CASE NUMBER
EDCV10- 1051 (DTB)

REQUEST TO PROCEED WITHOUT
PREPAYMENT OF FILING FEES WITH
DECLARATION IN SUPPORT

I, Ricky Smith _____, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☐Yes ☒No

   a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:
      N/A

   b. State the place of your incarceration  United States Peniteniary Lewisburg
      Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
   a. Business, profession or form of self-employment?   ☐Yes ☒No
   b. Rent payments, interest or dividends?   ☐Yes ☒No
   c. Pensions, annuities or life insurance payments?   ☐Yes ☒No
   d. Gifts or inheritances?   ☐Yes ☒No
   e. Any other income (other than listed above)?   ☐Yes ☒No
   f. Loans?   ☐Yes ☒No

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: ____N/A____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes ☒ No

   If the answer is yes, identify each account and separately state the amount of money held in each account for each of the *six (6) months prior* to the date of this declaration.

   N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If the answer is yes, describe the property and state it approximate value: N/A

5. In what year did you last file an Income Tax Return? N/A (Never)
   Approximately how much income did your last tax return reflect? N/A

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   None

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

Pennsylvania
State

Lewisburg
County (or City)

I, Ricky Smith, declare under penalty of perjury that the foregoing is true and correct.

6/20/10
Date

Ricky Smith
Prisoner/Plaintiff (Signature)

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____*Ricky Smith*_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $_____ on account at the _____ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

_____                _____
Date                      Authorized Officer of Institution (Signature)

United States District Court Central District Of California

Ricky Smith
Plaintiff
Address: United States Penitentiary
Lewisburg P.O. Box 1000
Lewisburg Pennsylvania 17837

Case Number EDCV10-1051 (DTB)
To be supplied by the Clerk

Civil Rights Complaint
Bivens v. Six Unknown Agents 403 U.S.388 (1971)

Defendant: United States Penitentiary Victorville Acting Warden, (USP) Victorville Assistent Warden, (USP) Victorville Speical Housing Unit Liutentant, (6)(USP) Victorville Special Housing Unit Correctional Officers, (5)(USP) Victorville Medical Staff, (5)(USP) Victorville Use Of Force Team Members, (1)(USP) Victorville Unit Manager, (1)(USP) Victorville Unit Counselor, (1)(USP) Victorville Unit Case Manager, (1)(USP) Victorville Special Housing Unit Counselor and (2)(USP) Victorville Operation Liutenants. And (USP) Victorville Receiving Department Staff

All above defendants are known to me as Jhon and Jain Doe.

All above defendants are sued in his\her Individual and Official capacitys.

Plaintiff seeks monitary relief of one billion dollars for first, fifth, eigth and fourteenth Admendment Constitutional violations.

2010 JUL 15 PM 5:49 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES  LODGED

Complaint Affidavit by Ricky Smith 6/20/10

Doing my first eleven days in the Special Housing Unit at United States Penitentiary Victorville I was physically beaten, starved of over (25) meals, denied medical attention and medication and neglected by Unit Team and Executive staff to correct thease conditions by Special housing Unit Staff. I was also put in chains for over (24) hours.

The above events happend between eleven consecutive days from August 21, to August 31 of 2008.

I was also denied a mattress, clothing, hygein items and bed sheets and blanket doing this eleven day period.

Part Two

On October 6, 2008, Special Housing Unit Staff placed me in a cell wearing only shorts and without a mattress, sheets, blankets or proper hygeine items. I remained in this cell for three consecutive days with a room temperature below hyperthumyer conditions. The room temperature caused me to have nerve damage and numbness in my left foot and permenent damage to the tissue of my bottom lip. On the third day staff turned on the fire sprinkler watter system flooding me and the cell for (10) minutes

Health Services staff ordered extra blankets and heat therapy: afther this event put (SHU) Staff refused to give me any of thease items ignoreing Health Services Orders.

(Please Turn Over To Reverse Side Of This Page For Completion)

Part Three

I meatally afther both of the above events I ▓▓▓ ▓▓▓▓▓ filed Administrative Remedy Complaints. Do to the corrupt staff members here at (USP) Victorville I sent my two Remedy complaints to the (BOP) ▓▓▓ Regional Office on a (BP-9) Sensitive form. In the following five months I continued to be hendered by my Unit Team and (SHU) counselor on my attempts to complete the Administrative Remedy procedures by there continued neglect of these responsibiltys and other acts of mis-con-duct. I informed the (BOP) Central Offices repeatally regarding thease issues in my Administrative complaint but no action to my knowledge was taken to correct thease conditions.
Also my above administrative filings were continually hendered and delayed by Mail Room (R&D) Staff

(Complete)

Signed by Ricky Smith Date: 6/20/10

